UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK          Chapter 11
_____

In re:                                                    Case No. 17-10599 (MKV)
   729 PROSPECT REALTY SERVICE CORP.,
                                Debtor.         **AFFIRMATION OF SERVICE**
_____

     ALBERT H. BARKEY, the undersigned and an attorney duly admitted to practice law before this Court, and affirms, certifies, and declares under 28 U.S.C. § 1746 that:

     1.  I am not a party in the above-captioned case; I am over the age of 18 years; I reside in Richmond County, New York; and I maintain my law office at 277 Broadway, Suite 408, NY, NY 10007.

     2.  On August 14th 2017, I served by mail true copies of the annexed "**NOTICE OF MOTION SETTING BAR DATE UNDER BANKRUPTCY RULE 3003(e); APPLICATION; PROPOSED ORDER; EXHIBIT "A" (NOTICE OF DEADLINE)**": I enclosed each said copy in a sealed postage-prepaid envelope and deposited it in an official depository under the exclusive care and custody of the United States Postal Service within New York State; the envelopes were addressed to the following entities respectively at their last known addresses as listed below:

| | |
|---|---|
| Office of the U.S. Trustee, SDNY<br>U.S. Federal Office Building<br>Attn: Andrew Velez-Rivera, Esq.<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Also by email to: Andy.Velez-Rivera@usdoj.gov<br>   on August 15, 2017 |
| Phillips Lytle LLP<br>Attn: Nickolas Karavolas, Esq.<br>340 Madison Avenue, 17th Floor<br>New York, NY 10173-1922 | Also by email to: nkaravolas@phillipslytle.com<br>   on August 15, 2017 |
| NYC Law Department<br>Attn: Gabriela P. Cacuci, Esq.<br>Tax & Bankruptcy Litigation Division<br>100 Church Street, Room 5-223<br>New York, NY 10007 | Also by email to: gcacuci@law.nyc.gov<br>   on August 15, 2017 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2017

                                                          */s/ Albert H. Barkey*

                                                          Albert H. Barkey
                                                          277 Broadway, Suite 408
                                                          New York, NY  10007
                                                          (646) 410-1818